# United States District Court

Eastern District of California

**FILED**
JAN 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

**UNITED STATES OF AMERICA**              **FIRST AMENDED CRIMINAL COMPLAINT**

V.

**NOAH L. CHALLBERG**              **DOCKET NUMBER: 6:16-MJ-0080-MJS**

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Noah L. CHALLBERG, did violate:

**Count 1:** Drive while license suspended, in violation of Title 36 Code of Federal Regulations § 4.2; California Vehicle Code 14601.2(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operating a vehicle at a speed in excess of the speed limit, in violation of Title 36 Code of Federal Regulations § 4.21(c).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 17, 2016 at approximately 8:30 p.m., Rangers James Cox and Ian Rippetoe were on patrol in Wawona monitoring traffic at the Wawona Golf Course when they saw a gray sedan driving northbound at speed exceeding the posted speed limit. Ranger Cox estimated the vehicle's speed to 35 MPH; the speed limit in the area is posted as 25 MPH. Using the vehicle's radar, Ranger Cox determined the sedan was traveling at approximately 42 MPH. No other vehicles were visible in the northbound lane. The vehicle had passed multiple signs indicating a speed zone change including a black and white advisory sign indicating "Reduce Speed Ahead", a yellow advisory sign indicating 25 MPH, and a regulatory speed limit sign posting the 25 MPH speed limit. Ranger Cox followed the vehicle through Wawona and the vehicle did not slow to the posted limit of 25 MPH. Ranger Cox conducted an enforcement stop approximately one mile north of the Wawona Campground.

Upon contact, Ranger Cox requested the driver's license, registration and proof of insurance. The driver, later identified as Noah L. CHALLBERG, handed Ranger Cox a

Speedy Trial Act Applies: **No**                    U.S. v. Noah L. Challberg
                                                    First Amended Criminal Complaint

California ID card and stated that his license was suspended. Yosemite Dispatch confirmed CHALLBERG'S license was suspended for a previous DUI, and service of the suspension had occurred in May of 2014.

Ranger Cox placed CHALLBERG under arrest and transported him to the Yosemite Holding Facility.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_1/24/17_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_1/24/17_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California